ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __MAY 2 4 2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -   x

UNITED STATES OF AMERICA                  :

          - v. -                          :

TYSHAWN BURGESS,                          :
     a/k/a "Ty,"
     a/k/a "Ty Black,"                    :
LLOYD GORDON,
     a/k/a "LG,"                          :
LARRY BAYER,
     a/k/a "L,"                           :
KERRY FELIX,
     a/k/a "Mack,"                        :
DEVONTAE NEWTON,
     a/k/a "D-Block,"                     :
     a/k/a "Sneeze,"
TYRELL SUMPTER,                           :
     a/k/a "Rell,"
     a/k/a "Ruger,"                       :
MAURICE CURTIS,
     a/k/a "Mo,"                          :
TYQUAN ROBINSON,                          :
     a/k/a "Blacko,"
TYREEK OGARRO,                            :
     a/k/a "Reek,"
DARREN MILLER,                            :
     a/k/a "Dice,"
     a/k/a "Darren Thomas,"               :
ERNEST MURPHY,
     a/k/a "Problem G,"                   :
     a/k/a "E,"
                                          :

                                          :

**SEALED INDICTMENT**

18 Cr.

18 CRIM 373

JUDGE SULLIVAN

RAMAL CURTIS,                                    :
    a/k/a "Rah,"
                                                  :
KELLY ROYSTER,
    a/k/a "KK,"                                  :
ROBERT RHODES,
    a/k/a "Charlie," and                        :
KAEMAR WILSON,
    a/k/a "K,"                                   :
                         Defendants.           :

- - - - - - - - - - - - - - - - -    x

## COUNT ONE
### (Narcotics Conspiracy)

The Grand Jury charges:

Overview of the Conspiracy

1.    From at least in or about 2015, up to and including the present, a group of individuals, including, among others, TYSHAWN BURGESS, a/k/a "Ty," a/k/a "Ty Black," LLOYD GORDON, a/k/a "LG," LARRY BAYER, a/k/a "L," KERRY FELIX, a/k/a "Mack," DEVONTAE NEWTON, a/k/a "D-Block," a/k/a "Sneeze," TYRELL SUMPTER, a/k/a "Rell," a/k/a "Ruger," MAURICE CURTIS, a/k/a "Mo," TYQUAN ROBINSON, a/k/a "Blacko," TYREEK OGARRO, a/k/a "Reek," DARREN MILLER, a/k/a "Dice," a/k/a "Darren Thomas," ERNEST MURPHY, a/k/a "Problem G," a/k/a "E," RAMAL CURTIS, a/k/a "Rah," KELLY ROYSTER, a/k/a "KK," ROBERT RHODES, a/k/a "Charlie," and KAEMAR WILSON, a/k/a "K," (the "defendants"), have operated a drug trafficking organization (the "Boss Crew DTO") that distributes significant quantities of narcotics, including crack cocaine and heroin, on a

daily basis, in and around the Bedford Stuyvesant neighborhood of Brooklyn, New York.

2.    Certain members of the Boss Crew have possessed, used, and carried firearms to protect the Boss Crew's narcotics trafficking operation.

3.    Members of the Boss Crew DTO have fulfilled different roles within the drug trafficking organization.  For example, TYSHAWN BURGESS, a/k/a "Ty," a/k/a "Ty Black," the defendant, is one of the leaders of the Boss Crew DTO.  Among other things, BURGESS supervises other members of the Boss Crew DTO, coordinates the supply of narcotics to other drug dealers within the Boss Crew DTO, and refers drug customers to members of the Boss Crew DTO for sales.

4.    LLOYD GORDON, a/k/a/ "LG," and DARREN MILLER, a/k/a "Dice," a/k/a "Darren Thomas," the defendants, among others, supply wholesale quantities of crack cocaine to members and associates of the Boss Crew DTO for street-level distribution.

5.    LARRY BAYER, a/k/a "L," and ERNEST MURPHY, a/k/a "Problem G," a/k/a "E," the defendants, among others, maintain narcotics and narcotics paraphernalia at the Boss Crew DTO's stash location, and package the narcotics for street-level distribution.

6.    TYREEK OGARRO, a/k/a "Reek," RAMAL CURTIS, a/k/a "Rah," KELLY ROYSTER, a/k/a "KK," and ROBERT RHODES, a/k/a "Charlie," the defendants, among others, purchase and facilitate

the purchase of wholesale quantities of narcotics from members of the Boss Crew DTO for distribution.

7.    TYREEL SUMPTER, a/k/a "Rell," a/k/a "Ruger," TYQUAN ROBINSON, a/k/a "Blacko," LARRY BAYER, a/k/a "L," KERRY FELIX, a/k/a "Mack," DEVONTAE NEWTON, a/k/a "D-Block," a/k/a "Sneeze," and MAURICE CURTIS, a/k/a "Mo," the defendants, among others, function as street level distributors for the Boss Crew DTO.

8.    TYSHAWN BURGESS, a/k/a "Ty," a/k/a "Ty Black," KERRY FELIX, a/k/a "Mack," DEVONTAE NEWTON, a/k/a "D-Block," a/k/a "Sneeze," TYRELL SUMPTER, a/k/a "Rell," a/k/a "Ruger," MAURICE CURTIS, a/k/a "Mo," TYQUAN ROBINSON, a/k/a "Blacko," and KAEMAR WILSON, a/k/a "K," the defendants, possessed and used firearms to protect the Boss Crew DTO's narcotics trafficking operation.

## STATUTORY ALLEGATIONS

9.    From at least in or about 2015, up to and including the present, in the Southern District of New York and elsewhere, TYSHAWN BURGESS, a/k/a "Ty," a/k/a "Ty Black," LLOYD GORDON, a/k/a "LG," LARRY BAYER, a/k/a "L," KERRY FELIX, a/k/a "Mack," DEVONTAE NEWTON, a/k/a "D-Block," a/k/a "Sneeze," TYRELL SUMPTER, a/k/a "Rell," a/k/a "Ruger," MAURICE CURTIS, a/k/a "Mo," TYQUAN ROBINSON, a/k/a "Blacko," TYREEK OGARRO, a/k/a "Reek," DARREN MILLER, a/k/a "Dice," a/k/a "Darren Thomas," ERNEST MURPHY, a/k/a "Problem G," a/k/a "E," RAMAL CURTIS, a/k/a "Rah," KELLY ROYSTER, a/k/a "KK," ROBERT RHODES, a/k/a "Charlie," and KAEMAR WILSON,

a/k/a "K," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree, together and with each other, to violate the narcotics laws of the United States.

10. It was a part and an object of the conspiracy that TYSHAWN BURGESS, a/k/a "Ty," a/k/a "Ty Black," LLOYD GORDON, a/k/a "LG," LARRY BAYER, a/k/a "L," KERRY FELIX, a/k/a "Mack," DEVONTAE NEWTON, a/k/a "D-Block," a/k/a "Sneeze," TYRELL SUMPTER, a/k/a "Rell," a/k/a "Ruger," MAURICE CURTIS, a/k/a "Mo," TYQUAN ROBINSON, a/k/a "Blacko," TYREEK OGARRO, a/k/a "Reek," DARREN MILLER, a/k/a "Dice," a/k/a "Darren Thomas," ERNEST MURPHY, a/k/a "Problem G," a/k/a "E," RAMAL CURTIS, a/k/a "Rah," KELLY ROYSTER, a/k/a "KK," ROBERT RHODES, a/k/a "Charlie," and KAEMAR WILSON, a/k/a "K," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

11. The controlled substances that TYSHAWN BURGESS, a/k/a "Ty," a/k/a "Ty Black," LLOYD GORDON, a/k/a "LG," LARRY BAYER, a/k/a "L," KERRY FELIX, a/k/a "Mack," DEVONTAE NEWTON, a/k/a "D-Block," a/k/a "Sneeze," TYRELL SUMPTER, a/k/a "Rell," a/k/a "Ruger," MAURICE CURTIS, a/k/a "Mo," TYQUAN ROBINSON, a/k/a "Blacko," TYREEK OGARRO, a/k/a "Reek," DARREN MILLER, a/k/a "Dice," a/k/a "Darren Thomas," ERNEST MURPHY, a/k/a "Problem G,"

a/k/a "E," RAMAL CURTIS, a/k/a "Rah," KELLY ROYSTER, a/k/a "KK,"
ROBERT RHODES, a/k/a "Charlie," and KAEMAR WILSON, a/k/a "K," the
defendants, conspired to distribute and possess with intent to
distribute were: (i) 280 grams and more of mixtures and substances
containing a detectable amount of cocaine base, in a form commonly
known as "crack," in violation of Title 21, United States Code,
Section 841(b)(1)(A); and (ii) 100 grams and more of mixtures and
substances containing a detectable amount of heroin, in violation
of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

### COUNT TWO
### (Firearms Use, Possession, and Carrying)

The Grand Jury further charges:

4.     From at least in or about 2015, up to and including
the present, in the Southern District of New York and elsewhere,
TYSHAWN BURGESS, a/k/a "Ty," a/k/a "Ty Black," KERRY FELIX, a/k/a
"Mack," DEVONTAE NEWTON, a/k/a "D-Block," a/k/a "Sneeze," TYRELL
SUMPTER, a/k/a "Rell," a/k/a "Ruger," MAURICE CURTIS, a/k/a "Mo,"
TYQUAN ROBINSON, a/k/a "Blacko," and KAEMAR WILSON, a/k/a "K," the
defendants, during and in relation to a drug trafficking crime for
which they may be prosecuted in a court of the United States,
namely, the narcotics offense charged in Count One of this
Indictment, knowingly did use and carry a firearm, and, in

furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm.

(Title 18, United States Code, Sections
924(c)(1)(A)(i),(2), and 2.)

## FORFEITURE ALLEGATION

12.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, TYSHAWN BURGESS, a/k/a "Ty," a/k/a "Ty Black," LLOYD GORDON, a/k/a "LG," LARRY BAYER, a/k/a "L," KERRY FELIX, a/k/a "Mack," DEVONTAE NEWTON, a/k/a "D-Block," a/k/a "Sneeze," TYRELL SUMPTER, a/k/a "Rell," a/k/a "Ruger," MAURICE CURTIS, a/k/a "Mo," TYQUAN ROBINSON, a/k/a "Blacko," TYREEK OGARRO, a/k/a "Reek," DARREN MILLER, a/k/a "Dice," a/k/a "Darren Thomas," ERNEST MURPHY, a/k/a "Problem G," a/k/a "E," RAMAL CURTIS, a/k/a "Rah," KELLY ROYSTER, a/k/a "KK," ROBERT RHODES, a/k/a "Charlie," and KAEMAR WILSON, a/k/a "K," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting and derived from any proceeds the defendants obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense.

## Substitute Asset Provision

13.    If any of the above described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty; pursuant to Title 21, United States Code, Section 853(p), it is the intent of the United States, to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TYSHAWN BURGESS,
LLOYD GORDON,
LARRY BAYER,
KERRY FELIX,
DEVONTAE NEWTON,
TYRELL SUMPTER,
MAURICE CURTIS,
TYQUAN ROBINSON,
TYREEK OGARRO,
DARREN MILLER,
ERNEST MURPHY,
RAMAL CURTIS,
KELLY ROYSTER,
ROBERT RHODES, and
KAEMAR WILSON,

Defendants.

## SEALED INDICTMENT

18 Cr. ____ ( )

(21 U.S.C. § 841, 846, 853;
18 U.S.C. § 924(c) and 2.)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.

05/23/18

CA

Sealed Indictment
Ord And Warrant

K. Parker
USMJ