IT IS HEREBY ORDERED THAT Defendant's sentencing, currently scheduled to be held on December 17, 2019, is adjourned to January 6, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY. Defendant shall file his sentencing submission by December 23, 2019, and the government shall file its sentencing submission by December 30, 2019.

SO ORDERED
Dated: 11/15/19
RICHARD J. SULLIVAN
U.S.C.J.



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

November 15, 2019

Via ECF
Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    USA v. Burgess et al., (Tyshawn Burgess)
            18 Cr. 373(RJS)

Dear Judge Sullivan:

    I am appointed counsel for Tyshawn Burgess, and Sam Coe is appointed co-counsel, pursuant to the Criminal Justice Act (CJA). Currently, Mr. Burgess' sentencing is scheduled for December 17, 2019. Due to a series of scheduling complications, we are now scheduled to be on trial in the District of New Jersey starting on December 16, 2019. Accordingly, we are requesting an additional short postponement to January 6, 2020, if that date works for the Court. I have spoken with Mr. Burgess, and he has consented to this request. Also, I have communicated with Karin Portlock, AUSA, and she has no objection to this request. We would request that our submissions be due on December 23, 2019, and the Government's be due on December 30, 2019.

                          Respectfully submitted,

                          s/
                          Lorraine Gauli-Rufo
                          Samuel Coe
                          Attorneys for Tyshawn Burgess

cc:  Karin Potluck, AUSA
      Nicolo DiMaria, USPO

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/19