USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET – 5TH FL.
NYC, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

November 19, 2019

*Via ECF*
Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re: USA v. Burgess et al., (Tyshawn Burgess)
       18 Cr. 373(RJS)

Dear Judge Sullivan:

  I am appointed counsel for Tyshawn Burgess, and Samuel Coe is appointed co-counsel, pursuant to the Criminal Justice Act (CJA). We recently sought and received another adjournment of Mr. Burgess' sentencing date from Your Honor, due to a conflict with a trial schedule that Mr. Coe and I had. The government has advised that they had overlooked a calendar conflict with a scheduled vacation on the date that Your Honor scheduled and has asked that we seek to reschedule the date to January 24, 2019, or a date thereafter that is convenient for the Court. We not that we do not anticipate any other issues with the date, and Your Honor's time and consideration for this request is greatly appreciated.

            Respectfully submitted,
            s/
            Lorraine Gauli-Rufo
            Sam Coe
            Attorneys for Tyshawn Burgess

cc: Karin Portlock, AUSA
   Nicolo DiMaria, USPO

IT IS HEREBY ORDERED THAT Defendant's sentencing, currently scheduled to be held on January 6, 2020, is adjourned to Monday, January 27, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant shall file his sentencing submission by January 14, 2020, and the government shall file its sentencing submission by January 21, 2020.



11/19/19