

# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

November 26, 2019

**By ECF**

Honorable Richard J. Sullivan
United States Court of Appeals for the Second Circuit[1]
40 Foley Square
New York, NY 10007

Re: *United States v. Tyquan Robinson, et al.,*
    **18 Cr. 373-8 (RJS)**

IT IS HEREBY ORDERED THAT the parties shall appear for sentencing on Wednesday, January 8, 2020 at 3:00 p.m. in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: November 26, 2019
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

Dear Judge Sullivan:

We write further to the supplemental sentencing submission (Dkt. Nos. 555, 561) and to respectfully request a date for a sentencing hearing. The parties are both available any time on January 6 through January 13, 2019, with the exclusion of Friday, January 10, 2019.

We also wish to provide the Court with the attached letter from Mr. Robinson's counselor at the MCC describing Mr. Robinson as "a model inmate" with "no incident report history" who "has shown commitment in utilizing his incarceration for a positive future outlook in life."

Thank you for your consideration of this request.

Very truly yours,

James Roth

James Roth, Esq.
Benjamin Silverman, Esq.

cc: All counsel of record (By ECF)

Encls.

---

[1] Sitting by designation as a District Judge in the Southern District of New York

JR/Robinson/Cov Ltr Judge/Sent Date