LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (212) 208-2981

REPLY TO NEW JERSEY OFFICE

November 28, 2019

By ECF
The Honorable Robert J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

Re: United States v. Burgess, et al.
Case No. 18 Cr. 373 (RJS)

Dear Judge Sullivan:

Devontae Newton's sentencing is currently scheduled for December 9, 2019. He made multiple adjournment requests to permit him to complete his GED, which he has recently done. Since approximately mid-September Mr. Newton has participated in a six-month, substance-abuse program at the MCC called "Non-residential Drug Abuse Program." He reports that the program has been beneficial and requested that I ask the Court permission to adjourn his sentencing until late March, 2020, so that he can complete the program.

The defense has already filed Mr. Newton's sentencing submission and is otherwise prepared to proceed to sentencing.

Respectfully,

/s/ *Stephen Turano*
Stephen Turano

cc: All Counsel of Record for the Government (via email)

---

IT IS HEREBY ORDERED THAT Defendant's sentencing, currently scheduled to be held on December 9, 2019, is adjourned to Thursday, March 26, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: December 4, 2019
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation