USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/20



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET – 5TH FL.
NYC, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

January 8, 2020

Via ECF
Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re: USA v. Burgess et al., (Tyshawn Burgess)
        18 Cr. 373(RJS)

Dear Judge Sullivan:

  I am appointed counsel for Tyshawn Burgess, and Samuel Coe is appointed co-counsel, pursuant to the Criminal Justice Act (CJA). We recently sought and received another adjournment of Mr. Burgess' sentencing date from Your Honor, due to a conflict with a trial schedule that Mr. Coe and I had. Our client pled guilty after trial had begun this past Monday, January 6, 2020. Preparation for that trial and jury selection became our primary focus up until the time of the plea. We are still waiting for one of our expert reports, and our sentencing submission is currently due next Tuesday, January 12, 2010. Therefore, we are respectfully seeking an adjournment of Mr. Burgess' sentencing date. We have discussed this with the government, and they consent to this request for additional time, as does our client, Mr. Burgess. Based upon the availability of both parties, we are respectfully requesting a new sentencing date of March 2nd or 3rd, or in the alternative March 16th. Your Honor's time and consideration for this request is greatly appreciated.

Respectfully submitted,

s/

Lorraine Gauli-Rufo
Sam Coe
Attorneys for Tyshawn Burgess

```
IT IS HEREBY ORDERED THAT Defendant's sentencing, currently
scheduled to be held on January 27, 2020, is adjourned to
Tuesday, March 3, 2020 at 3:00 p.m.  The sentencing shall be
held in Courtroom 11B of the Daniel Patrick Moynihan United
States Courthouse, 500 Pearl Street, New York, NY 10007.
Defendant shall file his sentencing submission by February
18, 2020, and the government shall file its sentencing
submission by February 25, 2020.

SO ORDERED.

Dated:  January 8, 2020
        New York, New York
```

*[signature: Richard J. Sullivan]*

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

cc: Karin Portlock, AUSA
    Nicolo DiMaria, USPO