UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYSHAWN BURGESS,

              Defendant.

No. 18-cr-373-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record at the sentencing conference held March 3, 2020, IT IS HEREBY ORDERED THAT the parties shall appear for a hearing pursuant to *United States v. Fatico*, 603 F.2d 1053 (2d Cir. 1979). The hearing will focus on: (i) the drug weight attributable to Defendant; (ii) Defendant's role in the criminal enterprise; and (iii) the acts of violence attributable to Defendant. IT IS FURTHER ORDERED THAT the government shall submit a letter no later than Wednesday, March 10, 2020, apprising the Court of counsel's availability for such hearing, the government's expected witnesses and exhibits, and whether any of Defendant's co-defendants require the Court to resolve similar disputes.

SO ORDERED.

Dated:    March 3, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation