

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 6, 2020

**BY ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge[1]
Southern District of New York
New York, New York 10007

> IT IS HEREBY ORDERED that the government's deadline to submit a letter regarding the upcoming *Fatico* hearing (as described in the Court's prior Order (*see* Doc. No. 630)) is adjourned to March 17, 2020.
>
> SO ORDERED.
> Dated: 3/6/20
> RICHARD J. SULLIVAN
> U.S.D.J.

Re: *United States* v. *Tyshawn Burgess*, 18 Cr. 373 (RJS)

Dear Judge Sullivan:

  The Government respectfully submits this request for a one-week extension of time to submit the letter ordered by the Court regarding the upcoming *Fatico* hearing. (Dkt #630). The Government has yet to receive responses from all counsel for the remaining defendants regarding whether they intend to participate and if so, their availability for the hearing. At least one defense attorney is currently out of the country, and accordingly, additional time is needed to obtain the information the Court has requested.

         Respectfully submitted,

         GEOFFREY S. BERMAN
         United States Attorney

        By: _____
         Karin Portlock / Matthew Hellman
         / Elinor Tarlow
         Assistant United States Attorneys
         (212) 637-1589 / 2278 / 1036

**SO ORDERED:**

_____
**THE HONORABLE RICHARD J. SULLIVAN**
**UNITED STATES CIRCUIT JUDGE**

---

[1] Sitting as a district judge by designation.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/20