USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TYSHAWN BURGESS,<br><br>                Defendant. | No. 18-cr-373-1 (RJS)<br>ORDER |
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RAMAL CURTIS,<br><br>                Defendant. | No. 18-cr-373-12 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record at the sentencing conferences held February 25, 2020, and March 3, 2020, IT IS HEREBY ORDERED THAT the parties shall appear for a hearing pursuant to *United States v. Fatico*, 603 F.2d 1053 (2d Cir. 1979), on May 12, 2020, at 10:00 a.m., in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. As stated in the government's letter (Doc. No. 638), the disputed issues that will be addressed during the hearing are as follows: (i) the weight of crack attributable to defendants; (ii) the date defendant Curtis entered the conspiracy; (iii) defendant Curtis's use of firearms and/or his knowledge of coconspirators' use of firearms in connection with the conspiracy; (iv) defendant Burgess's role in the criminal enterprise; and (v) acts of violence attributable to defendant Burgess in furtherance of the conspiracy. IT IS FURTHER ORDERED THAT the government shall

provide defendants and the Court with a witness list, exhibit list, and all material pursuant to 18 U.S.C. § 3500 by May 7, 2020.

SO ORDERED.

Dated: March 18, 2020
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation