UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TYSHAWN BURGESS, et al.,<br><br>                    Defendant. | No. 18-cr-373-1 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

On September 8, 2020, the Court received an 88-page handwritten letter from Defendant Burgess making numerous factual assertions concerning the narcotics conspiracy alleged in the indictment.  Because Burgess is represented by counsel, and because it is unclear from the letter whether copies have been provided to defense counsel, the Court will provide an electronic copy to counsel of record, Lorarine Gauli-Rufo and Samuel Coe.  IT IS HEREBY ORDERED THAT, after reviewing the letter, defense counsel shall make a written submission no later than September 16, 2020 apprising the Court as to whether and how Defendant Burgess intends to utilize this document at his October 15, 2020 Fatico hearing.

SO ORDERED.

Dated:      September 9, 2020
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation