UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYSHAWN BURGESS, RAMAL CURTIS,

Defendants.

No. 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On November 10, 2020, Defendant Tyshawn Burgess filed a letter, requesting that the Court adjourn the *Fatico* hearing scheduled for December 17, 2020 for 60 days because of the ongoing COVID-19 pandemic, among other reasons. (Doc. No. 739.) The Court denied that request, explaining that the hearing "has already been adjourned for a significant amount of time," and noting that there is no indication that the pandemic will abate in two months' time. (Doc. No. 747.) Now pending before the Court is Burgess's request for the Court to reconsider that decision. (Doc. No. 754.) In light of the recent uptick in COVID-19 cases in New York City and in the surrounding areas, Burgess's request is GRANTED. Accordingly, IT IS HEREBY ORDERED THAT the *Fatico* hearing scheduled for December 17, 2020 is adjourned. The Court will issue another order in due course setting a new date for the hearing.

SO ORDERED.

Dated:   November 30, 2020
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation