UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYSHAWN BURGESS, MAURICE CURTIS,
and RAMAL CURTIS,

                    Defendants.

No. 18-cr-373 (RJS)
ORDER

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The government has requested that the Court enter an order precluding Defendants Tyshawn Burgess, Maurice Curtis, and Ramal Curtis from disseminating the material produced pursuant to 18 U.S.C. § 3500 and *Giglio v. United States*, 405 U.S. 150, 154 (1972), relating to witnesses the government anticipates may be called to testify at the upcoming *Fatico* hearing of Burgess and Ramal Curtis (the "3500 Material").  (Doc. No. 770.)  Defendants all consent to the entry of such an order.  (*Id.* at 3.)  Accordingly, IT IS HEREBY ORDERED THAT (1) the defense shall return or destroy all 3500 Material (including all copies thereof) at the conclusion of the hearing or when any appeal has become final; (2) the defense is precluded from disseminating any 3500 Material (and any copies thereof) to anyone beyond Defendants Tyshawn Burgess, Ramal Curtis, and Maurice Curtis, defense counsel for such Defendants, and any paralegal or staff employed by the defense; and (3) each Defendant is precluded from taking any 3500 Material (and any copies thereof) into any jail facility or possessing any 3500 Material in any jail facility, except that the Defendants may review 3500 Material in the possession of defense counsel and/or any paralegal or staff employed by the defense when in the presence of defense counsel and/or any

paralegal or staff employed by the defense (including through the use of video-conferencing).  The

Clerk of Court is respectfully directed to terminate the motion pending at document number 770.


SO ORDERED.

Dated:          January 4, 2021
                New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation