UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TYSHAWN BURGESS, RAMAL CURTIS,<br><br>Defendants. | No. 18-cr-373 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On February 12, 2021, the government requested time to confer with counsel for Defendants Tyshawn Burgess and Ramal Curtis to determine whether a *Fatico* hearing is still necessary in light of the government's decision to terminate its cooperation agreement with Maurice Curtis. (Doc. No. 784.) That request is GRANTED. Accordingly, IT IS HEREBY ORDERED THAT the parties shall submit a joint letter no later than February 26, 2021, apprising the Court of whether such hearing is still necessary or whether Defendants are prepared to proceed to sentencing.

SO ORDERED.

Dated:   February 12, 2021
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation