UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYSHAWN BURGESS,

                Defendant.

No. 18-cr-373-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    As the Court previously ordered (Doc. No. 826), Defendant's sentencing will take place remotely on Friday, June 25, 2021 at 10:30 a.m.  Members of the public may monitor the proceeding through the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    June 17, 2021
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation