# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

———————

TELEPHONE:
FACSIMILE: +1-212-455-2502

Direct Dial Number

+1-212-455-2542

E-mail Address

martin.bell@stblaw.com

March 7, 2023

Re:   ***United States* v. *Burgess*, et al.,** 18 Cr. 373 (RJS)

<u>Via ECF</u>
Hon. Richard J. Sullivan
United States Circuit Judge (Sitting by Designation)
United States Court of Appeals for the Second Circuit
500 Pearl Street
New York, New York 10007

We represent defendant Ernest Murphy in the above-captioned matter, and write with a minor update.

At the August 19, 2022 conference, the undersigned was assigned to represent Mr. Murphy along with Mark Stein, Esq., a longtime member of the CJA Panel.  The undersigned notified the Court at that time that his own application to the CJA Panel was pending.  That application has since been approved.

We believe that this requires no action by the Court.  We write only to keep the Court informed.  Mr. Stein and the undersigned stand ready to represent Mr. Murphy through any further proceedings that may arise in connection with his pending motion.

Respectfully submitted,

Martin S. Bell

cc: Government Counsel (via ECF)

BEIJING   BRUSSELS   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.

48559769.1                                                      3/7/23 4:20 PM